IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM RINGWOOD,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-3228

_____/

Opinion filed November 29, 2017.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

William Ringwood, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, MAKAR, and OSTERHAUS, JJ., CONCUR.